UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAY-VEE, INC., :
:
    Plaintiff, :
:
    v. : Docket No.: 07 Civ. 6954 (NRB) (DCF)
:
ANNE WITTEMAN, FREEK OLGERS, :
PIETER DE VRIES, AND :
JASPER PALSTRA, doing business as :
THE VERBS, :
ROBBIE ADAMS, LESLEY BOYLE :
CHARLIE MARR AND MARTIN BLACK, : **NOTICE OF MOTION**
doing business as THE VERBS, and : **FOR SUBSTITUTED SERVICE**
ANNE WITTEMAN, FREEK OLGERS, :
PIETER DE VRIES, JASPER PALSTRA, :
ROBBIE ADAMS, LESLEY BOYLE :
CHARLIE MARR and :
MARTIN BLACK, individually, :
:
    Defendants. :
------------------------------------------------------------X

    **PLEASE TAKE NOTICE**, that upon the annexed declaration of Anthony H. Handal, together with the relevant exhibits, and the accompanying memorandum of law in support of the motion for substituted service brought by Plaintiff Jay-Vee, Inc. ("Jay-Vee"), Plaintiff will move this Court before The Honorable Naomi R. Buchwald, United States District Judge for the Southern District of New York, in Room 21A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order pursuant to Federal Rules of Civil Procedure 4(f)(3) permitting substituted service on defendants.

    **PLEASE TAKE FURTHER NOTICE** that a proposed form of Order has been emailed to the Order and Judgments clerk, which Plaintiff respectfully requests be entered by this Court.

Dated: New York, New York
      September 18, 2007

                                    Brown Rudnick Berlack Israels LLP

By: _____
            Anthony H. Handal, Esq.
            Brown Rudnick Berlack Israels LLP
            Seven Times Square
            New York, New York 10036
            Telephone: 212 209-4800
            Facsimile: 212 209-4801

            Attorneys for Plaintiff