UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT
FILED
OCT 30 2007
S.D. OF N.Y.

| | |
|---|---|
| JAY-VEE, INC., <br> Plaintiff, <br><br> -V- <br><br> ANNE WITTEMAN, FREEK OLGERS, PIETER DE VRIES, AND JASPER PALSTRA, doing business as THE VERBS, ROBBIE ADAMS, LESLEY BOYLE, CHARLIE MARR AND MARTIN BLACK, doing business as THE VERBS, and ANNE WITTEMAN, FREEK OLGERS, PIETER DE VRIES, JASPER PALSTRA, ROBBIE ADAMS, LESLEY BOYLE, CHARLIE MARR and MARTINE BLACK, individually <br> Defendants. | **CERTIFICATE OF MAILING** <br><br><br> 07 CV 6954 (NRB) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 30th day of October, 2007

I served the

Summons & Amended Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

### 2nd day of August, 2007

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

### 7914 2045 7176

*J. Michael McMahon*
CLERK

Dated: New York, NY

This pouch is resealable.

Press Here.   Press Here.   Press Here.   Press Here.   Press Here.

FedEx | Ship Manager | Label 7914204574176

Page 1 of 1

From:  Origin ID: NYCA   (212) 209-4927
Denise Nicholson
Brown Rudnick Berlack Israels
7 Times Square
46th Floor
New York, NY 10036
UNITED STATES

SHIP TO: 212209492         BILL SENDER
FREEK OLGERS FREEK OLGERS
FREEK OLGERS
Obrechtstraat 163

S-Gravenhage, 2517
NL

Ship Date: 26OCT07
ActWgt: 1 LB
System#: 4307130/INET7091
Account#: S *********         TotWgt: 1 LB

REF: 025725/0003
DESC-1: Legal Documents
DESC-2:
DESC-3:
DESC-4:
EEI: NO EEI 30.37(a)
COUNTRY MFG: US
CARRIAGE VALUE: 1.00 USD
CUSTOMS VALUE: 1.00 USD
T/C: S 100049945            D/T: R
SIGN: Denise Nicholson
EIN/VAT:

TRK# 7914 2045 7176   IP ENVELOPE   PM
0430

Z1-RTMA                 RTM
                        -NL
                        2517



These commodities, technology, or software were exported from the United States in accordance with the export administration regulations. Diversion contrary to United States law prohibited.

The Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract.

CONSIGNEE COPY - PLEASE PLACE IN POUCH

For FedEx Express® Shipments Only