# EXHIBIT B – September 6, 2007 Investigation Report

# American Trademark Investigations, Inc.

September 6, 2007

Anthony H. Handal, Esq.  
Brown Rudnick Berlack Israels LLP  
Seven Times Square, 47th Floor  
New York, NY 10036

File No. 0708VERBS  
Re: The Verbs / UK  
Your Reference No.: 025725/0003

Dear Anthony:

Pursuant to your request to identify a physical address for the band - The Verbs - located in the U.K., as depicted on www.myspace.com, we submit the following report:

Extensive Internet searches at dogpile.com; copernic.com; google.com and yahoo.com for the band members: Robbie Adams (drums); Lesley Boyle (guitar/vocal); Charlie Marr (vocals); and Martin Black (guitar) met with negative results for any viable contact.

A U.K. on-line directory proved negative for any listing for The Verbs in both the U.K. and Fife, Scotland.

A search within a people locator at www.pipl.com proved negative.

A search within the Party Sounds UK Bands database proved negative.

A U.K. on-line telephone directory for all band members was not conclusive - too many records.

On September 5, 2007 an E-mail was directed to the band via My Space. We are awaiting a reply.

Sincerely,

Elizabeth Elfeld

EE:llc  
brownrudnick.verbs.uk

---

450 Shore Road  
Suite 4-L  
Long Beach, New York  11561  
(516) 431-8644  
Fax: (516) 431-8658