UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAY-VEE, INC., :
:
    Plaintiff, :
:
        v. :   Docket No.: 07 Civ. 6954 (NRB) (DCF)
:
ANNE WITTEMAN, FREEK OLGERS, :
PIETER DE VRIES, AND :
JASPER PALSTRA, doing business as :
THE VERBS, :
ROBBIE ADAMS, LESLEY BOYLE :
CHARLIE MARR AND MARTIN BLACK, : **NOTICE OF MOTION**
doing business as THE VERBS, and : **FOR SUBSTITUTED SERVICE**
ANNE WITTEMAN, FREEK OLGERS, :
PIETER DE VRIES, JASPER PALSTRA, :
ROBBIE ADAMS, LESLEY BOYLE :
CHARLIE MARR and :
MARTIN BLACK, individually, :
:
    Defendants. :
------------------------------------------------------------X

    **PLEASE TAKE NOTICE**, that upon the annexed declarations of Anthony H. Handal and Elizabeth Elfeld, together with the relevant exhibits, and the accompanying memorandum of law submitted herewith, Plaintiff Jay-Vee, Inc. ("Jay-Vee") will move this Court before The Honorable Naomi R. Buchwald, United States District Judge for the Southern District of New York, in Room 21A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for (a) an order granting reconsideration of its September 21, 2007 Order denying Plaintiff's motion for substituted service and (b) modifying its Order to permit substituted service on defendants pursuant to Federal Rules of Civil Procedure 4(f)(3).

    **PLEASE TAKE FURTHER NOTICE** that a proposed form of Order has been emailed to the Order and Judgments clerk, which Plaintiff respectfully requests be entered by this Court.

Dated: New York, New York
      November 2, 2007

                                      Brown Rudnick Berlack Israels LLP

                                      By: _____
                                      Anthony H. Handal, Esq.
                                      Brown Rudnick Berlack Israels LLP
                                      Seven Times Square
                                      New York, New York 10036
                                      Telephone: 212 209-4800
                                      Facsimile: 212 209-4801

                                      Attorneys for Plaintiff