# EXHIBIT A



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

JAY-VEE, INC.,

    Plaintiff,

    v.

ANNE WITTEMAN, FREEK OLGERS,
PIETER DE VRIES, AND
JASPER PALSTRA, doing business as
THE VERBS,
ROBBIE ADAMS, LESLEY BOYLE
CHARLIE MARR AND MARTIN BLACK,
doing business as THE VERBS, and
ANNE WITTEMAN, FREEK OLGERS,
PIETER DE VRIES, JASPER PALSTRA,
ROBBIE ADAMS, LESLEY BOYLE
CHARLIE MARR and
MARTIN BLACK, individually,

    Defendants.

------------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

Docket No.: 07 Civ. 6954 (NRB) (DCF)

**NOTICE OF MOTION**
**FOR SUBSTITUTED SERVICE**

*Endorsement*

*Application denied for two related reasons. First, plaintiff has not exhausted all reasonable efforts to locate defendants and serve them by traditional means.*

**PLEASE TAKE NOTICE**, that upon the annexed declaration of Anthony H. Handal, together with the relevant exhibits, and the accompanying memorandum of law in support of the motion for substituted service brought by Plaintiff Jay-Vee, Inc. ("Jay-Vee"), Plaintiff will move this Court before The Honorable Naomi R. Buchwald, United States District Judge for the Southern District of New York, in Room 21A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order pursuant to Federal Rules of Civil Procedure 4(f)(3) permitting substituted service on defendants.

    **PLEASE TAKE FURTHER NOTICE** that a proposed form of Order has been emailed to the Order and Judgments clerk, which Plaintiff respectfully requests be entered by this Court.

*Second. The method of service proposed does not have sufficient guarantees of notice to defendants.*
*So Ordered.*

*September 21, 200   Naomi Buchwald, USDJ*

Dated: New York, New York
September 18, 2007

Brown Rudnick Berlack Israels LLP

By: _____

Anthony H. Handal, Esq.
Brown Rudnick Berlack Israels LLP
Seven Times Square
New York, New York 10036
Telephone: 212 209-4800
Facsimile: 212 209-4801

Attorneys for Plaintiff