# EXHIBIT A – September 4, 2007 Investigation Report

# American Trademark Investigations, Inc.

September 4, 2007

Anthony H. Handal, Esq.  
Brown Rudnick Berlack Israels LLP  
Seven Times Square, 47th Floor  
New York, NY 10036

File No. 0708VERBS  
Re: The Verbs  
Your Reference No.: 025725/0003

Dear Anthony:

Pursuant to your request to identify a physical address for the band - The Verbs - as depicted on www.myspace.com, we submit the following report:

Preliminary Internet searches at dogpile.com; copernic.com; google.com and yahoo.com for the band members: Anne Witteman; Freek Olgers; Pieter De Vries; Jasper Palstra; Robbie Adams; Lesley Boyle; Charlie Marr; and Martin Black met with negative results for any viable contact.

A people locator search at Zoom Info proved negative. (Note: Our in-house data bases only cover the U.S.).

The myspace pages provided to our office by your firm identifies web site, www.theverbs.nl.

A WhoIs database search for TheVerbs.nl lists Registrant: Freek Olgers at Obrechtstraat 163, 2517VS 'S-Gravenhage, Netherlands.

The website www.theverbs.nl is not viable and we were unable to locate any archived pages from the site.

A search for additional domain registrations wherein Freek Olgers is listed as registrant provided the following:

> Tuned-in-.nl. This site is not viable. Lists same address as TheVerbs.nl at Obrechtstraat 163, 2517VS 'S-Gravenhage, Netherlands.
>
> Onlineworkspace.net. This site forwards to www.fcodesign.com which is a web listing company. The domain onlineworkspace.net lists registrant as Freek Olgers at same address. E-Mail: freek@fcodesign.com. Telephone Number: 31-645-144-745.

# American Trademark Investigations, Inc.

On September 4, 2007 we telephoned said number and received a recording in Dutch.

Olgers.com lists Freek Olgers as registrant at same address and telephone number. This site forwards to www.picasaweb.google.com wherein photographs of Freek Olgers are depicted.

A search within an on-line Netherlands telephone directory proved negative; unable to confirm address. Possibly a non-published number.

Netherlands directory assistance proved negative for a listing for Freek Olgers at Obrechtstraat 163, 2517VS 'S-Gravenhage, Netherlands.

We located an earlier cache reference to another band - Tuned In - at www.myspace.com wherein listed under band members are Anne Witteman; Jasper Palstra; and Pieter de Vries.

We located a cache reference at www.snuffelcorner.nl wherein reference is made Jasper Palstra.

On September 4, 2007 we telephoned Freek Olgers at 31-645-144-745 and spoke with him. We confirmed his current address at Obrechtstraat 163, 2517VS 'S-Gravenhage, Netherlands.

We await your further instructions.

Sincerely,

Elizabeth Elfeld

EE:llc
brownrudnick.verbs

---

450 Shore Road
Suite 4-L
Long Beach, New York  11561
(516) 431-8644
Fax: (516) 431-8658