# EXHIBIT C – September 10, 2007 Investigation Report

# American Trademark Investigations, Inc.

September 10, 2007

Anthony H. Handal, Esq.  
Brown Rudnick Berlack Israels LLP  
Seven Times Square, 47th Floor  
New York, NY 10036

File No. 0708VERBS  
Re: The Verbs / UK  
Your Reference No.: 025725/0003

Dear Anthony:

Pursuant to your request to identify a physical address for the band - The Verbs - located in the U.K., as depicted on www.myspace.com, we submit the following report:

Extensive Internet searches at dogpile.com; copernic.com; google.com and yahoo.com for the band members: Robbie Adams (drums); Lesley Boyle (guitar/vocal); Charlie Marr (vocals); and Martin Black (guitar) met with negative results for any viable contact.

A U.K. on-line directory proved negative for any listing for The Verbs in both the U.K. and Fife, Scotland.

A search within a people locator at www.pipl.com proved negative.

A search within the Party Sounds UK Bands database proved negative.

A U.K. on-line telephone directory for all band members was not conclusive - too many records.

A search within Jam Base at www.jambase.com for all band members proved negative.

A search for The Verbs at www.tinymixtapes.com proved negative.

A Profound database ( compilation of newspaper and magazine articles) search proved negative for any articles relating to said subjects.

On September 5, 2007 an E-mail was directed to the band via My Space.

---

450 Shore Road  
Suite 4-L  
Long Beach, New York  11561  
(516) 431-8644  
Fax:  (516) 431-8658

# American Trademark Investigations, Inc.

Inasmuch as a reply was not received, we again forwarded an E-mail on September 10, 2007.

To date, we have not received a response.

We have exhausted all avenues of investigation.

We await your further instructions.

Sincerely,

*Elizabeth Elfeld*
Elizabeth Elfeld

EE:llc
brownrudnick.verbs.uk

---

450 Shore Road
Suite 4-L
Long Beach, New York  11561
(516) 431-8644
Fax:  (516) 431-8658