UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAY-VEE, INC.,

    Plaintiff,

v.

ANNE WITTEMAN, FREEK OLGERS,
PIETER DE VRIES, AND
JASPER PALSTRA, doing business as
THE VERBS,
ROBBIE ADAMS, LESLEY BOYLE
CHARLIE MARR AND MARTIN BLACK,
doing business as THE VERBS, and
ANNE WITTEMAN, FREEK OLGERS,
PIETER DE VRIES, JASPER PALSTRA,
ROBBIE ADAMS, LESLEY BOYLE
CHARLIE MARR and
MARTIN BLACK, individually,

    Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/07

Docket No.: 07 Civ. 6954 (NRB) (DCF)

NOTICE OF MOTION
FOR SUBSTITUTED SERVICE

    PLEASE TAKE NOTICE, that upon the annexed declarations of Anthony H. Handal and Elizabeth Elfeld, together with the relevant exhibits, and the accompanying memorandum of law submitted herewith, Plaintiff Jay-Vee, Inc. ("Jay-Vee") will move this Court before The Honorable Naomi R. Buchwald, United States District Judge for the Southern District of New York, in Room 21A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for (a) an order granting reconsideration of its September 21, 2007 Order denying Plaintiff's motion for substituted service and (b) modifying its Order to permit substituted service on defendants pursuant to Federal Rules of Civil Procedure 4(f)(3).

    PLEASE TAKE FURTHER NOTICE that a proposed form of Order has been emailed to the Order and Judgments clerk, which Plaintiff respectfully requests be entered by this Court.

*Endorsement*

*Motion for reargument denied.*

*So Ordered.*

*Naomi Reice Buchwald, USDJ*

*November 15, 2007*

Dated: New York, New York
November 2, 2007

          Brown Rudnick Berlack Israels LLP

By: _____
          Anthony H. Handal, Esq.
          Brown Rudnick Berlack Israels LLP
          Seven Times Square
          New York, New York 10036
          Telephone: 212 209-4800
          Facsimile: 212 209-4801

          Attorneys for Plaintiff