

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAY-VEE, INC.,

        Plaintiff,

    v.                                              Docket No.: 07 Civ. 6954 (NRB) (DCF)

ANNE WITTEMAN, FREEK OLGERS,
PIETER DE VRIES, AND
JASPER PALSTRA, doing business as
THE VERBS,
ROBBIE ADAMS, LESLEY BOYLE
CHARLIE MARR AND MARTIN BLACK,
doing business as THE VERBS, and                    DEFAULT JUDGMENT
ANNE WITTEMAN, FREEK OLGERS,
PIETER DE VRIES, JASPER PALSTRA,
ROBBIE ADAMS, LESLEY BOYLE
CHARLIE MARR and
MARTIN BLACK, individually,

        Defendants.
------------------------------------------------------------X
```

This action having been commenced on August 2, 2007 by the filing of the summons and complaint, and a copy of the summons and amended Complaint having been personally served on defendant, Freek Olgers, on November 5, 2007 by Federal Express service (Exhibit "A") as authorized by Article 10 of the Hague Convention on Service Abroad, and a proof of service signed by J. Michael McMahon, Clerk of the Court for the Southern District of New York, having been filed on October 30, 2007 (Exhibit "B") and the defendant not having answered the Complaint as set forth in the affidavit of Anthony H. Handal, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment under the laws of the United States and the State of New York against defendant Freek Olgers and that

defendant Freek Olgers, his agents, servants, employees, successors, assigns and all persons acting in concert or participation with him or them who have received actual notice of this default judgment are hereby permanently enjoined and restrained from using Plaintiff's trademark, THE VERBS and any other designation closely similar thereto whether such use is in advertising, in internet advertising, in a website, in promotional materials or otherwise.

Dated: January 28, 2007

United States District Judge

This document was entered on the docket on _____.

Submitted by:

Anthony H. Handal, Esq.
Brown Rudnick Berlack Israels LLP
Seven Times Square
New York, New York 10036
Telephone: 212 209-4800
Facsimile: 212 209-4801

Attorney for Plaintiff