ANTHONY H. HANDAL (AH-5104)
BROWN RUDNICK BERLACK ISRAELS LLP
SEVEN TIMES SQUARE
NEW YORK, NEW YORK 10036
TELEPHONE: (212) 209-4942
FAX: (212) 209-4801
ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
JAY-VEE, INC.,

    Plaintiff,

    v.

ANNE WITTEMAN, FREEK OLGERS,
PIETER DE VRIES, AND
JASPER PALSTRA, doing business as
THE VERBS,
ROBBIE ADAMS, LESLEY BOYLE
CHARLIE MARR AND MARTIN BLACK,
doing business as THE VERBS, and
ANNE WITTEMAN, FREEK OLGERS,
PIETER DE VRIES, JASPER PALSTRA,
ROBBIE ADAMS, LESLEY BOYLE
CHARLIE MARR and
MARTIN BLACK, individually,

    Defendants.
----------------------------------------X

07 Civ. 6954 (NRB) (DCF)

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, plaintiff Jay-Vee, Inc. hereby gives Notice of Dismissal, without prejudice, of all claims with respect to defendants Anne Witteman, Pieter De Vries, and Jasper Palstra, doing business as The Verbs; Robbie Adams, Lesley Boyle, Charlie Marr and Martin Black, doing business as The Verbs; and Anne Witteman, Pieter De Vries, Jasper Palstra, Robbie Adams, Lesley Boyle, Charlie Marr and Martin Black individually,

(collectively, "the Dismissed Defendants") in the above-captioned action. None of the Dismissed Defendants has served an answer or motion for summary judgment in this action.

Dated: December 27, 2007

>Respectfully submitted,
>
>By: _____
>
>Anthony H. Handal (AH-5104)
>BROWN RUDNICK BERLACK ISRAELS LLP
>7 Times Square
>New York, New York 10036
>Telephone: (212) 209-4942
>Fax: (212) 209-4801
>*Attorney for Plaintiff*

So Ordered:

[signature]

December 28, 2007

2